930 A.2d 428

IN THE MATTER OF LOUIS A. CAPAZZI, JR., AN ATTORNEY
AT LAW (ATTORNEY NO. 192311990).

September 12, 2007.

## ORDER

This matter having been duly presented to the Court, it is
ORDERED that **LOUIS A. CAPAZZI, JR.**, of **ORADELL**, who
was admitted to the bar of this State in 1990, and who was
suspended from the practice of law for a period of one year
effective December 13, 2005, by Order of this Court dated June 19,
2007, be restored to the practice of law, effective immediately.